UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SONY BMG MUSIC ENTERTAINMENT, et al.,

                Plaintiffs,

-against-

ANTHONY DAMICO,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV-1535 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAR 30 2006 ★
BROOKLYN OFFICE

An Order of Honorable David G. Trager, United States District Judge, having been filed on March 28, 2006, directing the entry of judgment and Permanent Injunction based on Stipulation; and ordering that defendant pay plaintiffs $7,105.00 and costs in the amount of $395.00; it is

ORDERED and ADJUDGED that judgment and Permanent Injunction is hereby entered based on Stipulation; and that defendant, Anthony Damico pay plaintiffs, Sony BMG Music Entertainment, et al., $7,105.00 and costs in the amount of $395.00.

Dated: Brooklyn, New York
       March 28, 2006

                                            s/Robert C. Heinemann
                                            ROBERT C. HEINEMANN
                                            Clerk of Court